*E-Filed 6/15/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JAMES ALAN BUSH,

       Plaintiff,

   v.

NEYSA A. FLIGOR, and
MARY ANN BARRY,

       Defendants.

_____/

No. C 11-02649 RS (PR)

**ORDER DIRECTING CLERK TO
ADMINISTRATIVELY CLOSE
ACTION**

    This federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state
prisoner was opened in error.  Accordingly, the Clerk shall ADMINISTRATIVELY CLOSE
this action.  No filing fee is due.

    **IT IS SO ORDERED**.

DATED:  June 15, 2011

                                _____
                                 RICHARD SEEBORG
                              United States District Judge

**United States District Court**
For the Northern District of California